IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    V.            CRIMINAL NO. 09-20042-001 & 002

LEAH WILSON and DONNA CRAWFORD                              DEFENDANTS

### ORDER

Now before the Court are Defendants' Motions seeking release pending sentencing (Docs. 34-35) in this matter. The Government objects to both motions (Docs. 36-37).

The offenses of which Defendants have been found guilty are pursuant to the Controlled Substances Act and carry a maximum term of imprisonment of ten years or more. 18 U.S.C. § 3143(a)(2) provides that the Court may not release Defendants pending sentencing unless: (1) the court finds a substantial likelihood that a motion for acquittal or new trial will be granted, or (2) the Government recommends no sentence of imprisonment and the court finds by clear and convincing evidence that the person is not likely to flee or pose a danger to any other person or the community.

In *United States v. Mitchell*, 358 F.Supp.2d 707 (E.D. Wis. 2005), the district court considered this statute finding:

> But a person subject to detention under § 3143(a)(2) may nevertheless be released if (1) he meets the conditions set forth in § 3143(a)(1), in other words, if he shows by clear and convincing evidence that he is not likely to

**AO72A**
**(Rev. 8/82)**

>flee or pose a danger to the safety of any other person or the community if released; and (2) "it is clearly shown that there are exceptional reasons why such person's detention would not be appropriate." 18 U.S.C. § 3145(c).  Section 3145(c) was intended to provide "an avenue of relief from the mandatory detention provisions" of the Bail Reform Act.  *United States v. Herrera-Soto*, 961 F.2d 645, 647 (7th Cir. 1992).

*Mitchell*, 358 F.Supp.2d at 708.

The Court finds Defendants have shown they are not likely to flee or pose a danger to others and that exceptional reasons exist making detention inappropriate.  Accordingly, Defendants' Motions are GRANTED, and Defendants are released on electronic monitoring with home detention pending their sentencing hearings.  Defendants' release shall be monitored by the U.S. Probation Office.  Should Defendants submit a positive drug test or violate any other condition of their release, they will be immediately detained until they are sentenced.

IT IS SO ORDERED this 15TH day of December, 2009.

>/S/ Robert T. Dawson
>Honorable Robert T. Dawson
>United States District Judge